Case 18-14509-elf    Doc 31    Filed 12/21/18    Entered 12/22/18 01:01:48    Desc Imaged
Certificate of Notice    Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-14509-elf
Stacee L. Haggard                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 19, 2018
                              Form ID: pdf900          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db              Stacee L. Haggard,    4642 Reach Street,    Philadelphia, PA 19120-4612
14165440       +KML Law Group, P.C,    701 MARKET STREET,    #5000,    PHILADELPHIA PA 19106-1541
14165445       +PGW,   1137 Chestnut St,    Philadelphia, PA 19107-3619
14165439       +PO BOX 15057,    HARRISBURG P A 17105-5057
14165442        Water Revenue Department,    City of Philadelphia,    1401 JKF Blvd,    Philadelphia, PA 19102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14165443        E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:13     City of Philadelphia,
                 Law Department,    Bankruptcy Group,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
14165441       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 20 2018 02:45:30     Comcast,
                 1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
14165446       +E-mail/Text: bknotices@mbandw.com Dec 20 2018 02:45:10     McCarthy, Burgess & Wolff,
                 26000 Cannon Rd,    Bedford Heights, OH 44146-1807
14165444       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 20 2018 02:44:38     PECO,    2301 Market St,
                 Philadelphia, PA 19103-1380
14194865       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 20 2018 02:44:38     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14229142       +E-mail/Text: blegal@phfa.org Dec 20 2018 02:45:01     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14165438        Pennsylvania Housing Finance Agency,    211 NORTH FRONT STREET
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              MICHAEL D. WARD    on behalf of Debtor Stacee L. Haggard mdwecf@gmail.com,
               G7290@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STACEE L HAGGARD                                    Chapter 13

                    Debtor                          Bankruptcy No. 18-14509-ELF

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 19, 2018**    _____
                               Eric L. Frank
                               Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. WARD ESQUIRE
1800 JFK BLVD
SUITE 300
PHILADELPHIA, PA 19103-

Debtor:
STACEE L HAGGARD

4642 REACH STREET

PHILADELPHIA, PA 19120